UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO. 19-CR-268 (TSC)** |
| v. | |
| **ROBERTO CARLOS OSTEN MESTRA,** also known as "Navarro," | |
| **Defendant.** | |

**GOVERNMENT'S CONSENT MOTION FOR EXTENSION OF
TIME TO FILE SUPPLEMENTAL BRIEFING**

The United States of America ("Government") respectfully requests an extension of time to file its response to Defendant's Supplemental Motion to Dismiss Indictment and states as follows:

1. On March 7, 2025, the Defendant moved to dismiss his indictment. ECF No. 85.

2. On March 28, 2025, the Government filed its response to the Defendant's Motion to Dismiss. ECF No. 88-2.

3. Following a hearing on April 4, 2025, the Court ordered the parties to file supplemental briefing. Min. Order, Apr. 4, 2025.

4. On April 17, 2025, the Defendant requested a 30-day extension of time to file his supplemental briefing. ECF No. 104. The Court granted his request. Min Order, Apr. 18, 2025.

5. On May 20, 2025, the Defendant submitted his Supplemental Motion to Dismiss. ECF No. 105-2.

6. Given the extraordinary remedy sought by the Defendant, the Government respectfully requests a 14-day extension of time to fully prepare and file its response to Defendant's Supplemental Motion to Dismiss.

7. The Defendant consents to this request.

1

2

Dated: May 30, 2025

MARLON COBAR, Chief
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice

By: */s/ Douglas Meisel*
Douglas Meisel
Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
145 N. Street NE
Washington, D.C. 20530
Telephone: (202) 598-2281
Email: douglas.meisel@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served on defendant's counsel of record via ECF, on Friday, May 30, 2025.

                                          */s/ Douglas Meisel*
                                          Douglas Meisel
                                          Trial Attorney
                                          Narcotic and Dangerous Drug Section
                                          Criminal Division
                                          U.S. Department of Justice